**FILED**
September 25, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JONATHAN TODD FARRELL, ) <br> ) <br> Defendant. ) | Case No. 2:09MJ00278-GGH <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JONATHAN TODD FARRELL , Case No. 2:09MJ00278-GGH , Charge  21USC § 846, 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $_____

            __   Unsecured Appearance Bond

            __   Appearance Bond with 10% Deposit

            __   Appearance Bond with Surety

            __   Corporate Surety Bail Bond

            ✔   (Other)        Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 25, 2009  at  2:00 pm .

                            By   /s/ Gregory G. Hollows
                                 Gregory G. Hollows
                                 United States Magistrate Judge

Copy 5 - Court