UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

JONATHAN TODD FARRELL,

       Defendant.
_____/

No.  09-MJ-00278 GGH

STIPULATION TO EXTEND TIME FOR POSTING PROPERTY BOND BY ONE ADDITIONAL WEEK TO OCTOBER 23, 2009

    IT IS HEREBY STIPULATED between the parties that the time for defendant JONATHAN TODD FARRELL to post the property bond with this Court in order to secure his pretrial release shall be extended by one week from October 16, 2009, to October 23, 2009.

    IT IS SO STIPULATED.

/S/ZENIA K. GILG  
ZENIA K. GILG  
Attorneys for Defendant  
JONATHAN TODD FARRELL  
Dated: October 16, 2009

/S/MICHAEL BECKWITH  
MICHAEL BECKWITH  
Assistant U.S. Attorney  
Dated: October 16, 2009

**IT IS SO ORDERED.**

Dated:October 21, 2009

                   /s/ Gregory G. Hollows  
                   _____  
                   U.S. Magistrate Judge

farrell.ord